Same case below, 427 Fed. Appx. 89.

**No. 11-7145. Charles Thomas O'Neil, Petitioner v. United States.**

565 U.S. 1085, 132 S. Ct. 830, 181 L. Ed. 2d 538, 2011 U.S. LEXIS 8749.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 436 Fed. Appx. 960.

**No. 11-7146. William A. McDowell, Petitioner v. United States.**

565 U.S. 1085, 132 S. Ct. 830, 181 L. Ed. 2d 538, 2011 U.S. LEXIS 8813.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 432 Fed. Appx. 263.

**No. 11-7147. Jamal Mitchell, Petitioner v. United States.**

565 U.S. 1085, 132 S. Ct. 830, 181 L. Ed. 2d 538, 2011 U.S. LEXIS 8784.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 441 Fed. Appx. 975.

**No. 11-7149. Ineye Dakoureye Bobmanuel, Petitioner v. United States.**

565 U.S. 1085, 132 S. Ct. 830, 181 L. Ed. 2d 538, 2011 U.S. LEXIS 8733.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-7152. Ernest Edward Robertson, Jr., Petitioner v. United States.**

565 U.S. 1086, 132 S. Ct. 831, 181 L. Ed. 2d 538, 2011 U.S. LEXIS 8674.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-7153. Allen James Starks, Petitioner v. United States.**

565 U.S. 1086, 132 S. Ct. 831, 181 L. Ed. 2d 538, 2011 U.S. LEXIS 8774.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 409 Fed. Appx. 264.

**No. 11-7154. Tolliver R. Quaco, Petitioner v. United States.**

565 U.S. 1086, 132 S. Ct. 831, 181 L. Ed. 2d 538, 2011 U.S. LEXIS 8703.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 443 Fed. Appx. 821.

**No. 11-7157. Gerald Howliet, Petitioner v. United States.**

565 U.S. 1086, 132 S. Ct. 831, 181 L. Ed. 2d 538, 2011 U.S. LEXIS 8808.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.